**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **WRIGHT'S WELL CONTROL SERVICES, LLC** § § § *Plaintiff*, § § § § v. § § **OCEANEERING INTERNATIONAL, INC.,** § § § *Defendant*. § § | **CIVIL ACTION NO. _____** **JURY TRIAL DEMANDED** |

## PLAINTIFF'S ORIGINAL COMPLAINT

**COMES NOW**, Plaintiff Wright's Well Control Services, LLC ("WWCS" or "Plaintiff"), who files this Original Complaint against Defendant Oceaneering International, Inc. ("Oceaneering" or "Defendant").

## Parties

1. Plaintiff Wright's Well Control Services, LLC is an entity formed under the laws of the State of Louisiana with a place of business in this district located at 25511 Budde Road, Suite 2501, The Woodlands, TX 77380.

2. Defendant Oceaneering International, Inc. is an entity formed under the laws of the State of Delaware with its principal place of business in this district located at 11911 FM 529, Houston, Texas 77041. Defendant can be served through its registered agent: CT Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136.

## Jurisdiction and Venue

3. This is an action for patent infringement arising under the laws of the United States, 35 U.S.C. § 101, et seq., and particularly 35 U.S.C. §§ 271-287.

4. This Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a) based upon Plaintiff's cause of action for patent infringement.

5. Defendant is subject to personal jurisdiction in this Court because it has conducted and continues to conduct business, and through its agents, representatives, and employees, has committed acts in the Southern District of Texas which give rise to this claim.

6. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

## Facts

### WWCS' HYDRATE REMEDIATION SYSTEM

7. David C. Wright ("Wright") founded Wright's Well Control Services, LLC in 2006 with the goal of providing safe, cost-effective and innovative oil and gas well service solutions. Wright has over 29 years of experience in the oil and gas industry, and has spent much of his career developing new and improved oil and gas tools. WWCS is well-known for its problem solving capabilities and has become a leader amongst its competition for subsea and deep water solutions.

8. At the center of WWCS' technological innovations is its ability to remove or remediate hydrate (ice) formations within a pipeline or umbilical, particularly in subsea, deep-water applications. WWCS was the first to design, develop, manufacture, and successfully use a system having a subsea separator and pump for hydrate remediation in deep-water application.

9. A "hydrate" occurs when water becomes mixed with the oil and/or gas within a pipeline at certain pressures and temperatures. The pressure and temperatures in deep water cause hydrates to consolidate. In turn the pipeline "ices up" or forms "hydrate plugs." In addition, asphaltenes and paraffin can form blockages along with the hydrate plugs, or separately.

10. The hydrate blockages result in a loss of production and therefore, revenue. WWCS was the first to design, develop, manufacture, and successfully use a subsea separator and pump system for hydrate remediation in deep-water applications.

11. To find a solution for this problem, WWCS spent eighteen months and a great amount of financial and personnel resources, researching, testing, and developing a system for preventing and removing hydrates: the Wright's Hydrate Remediation System ("Remediation System").

12. Prior to WWCS' Remediation System, remediation (or removal) of hydrates was time-consuming, expensive, and dangerous depending on the location and extent of the blockage. In many cases removal of the hydrates was just not possible. In many instances, companies simply left the hydrate and figured out a more costly way to try and work around it or abandoned the pipeline to the extent possible. Methods existed to remove hydrates in small diameter umbilicals and similar equipment but those methods were not suitable for large diameter pipelines or in deep-water applications. WWCS' Remediation System provides a safe, cost-effective, and time saving solution to the formation of hydrates in subsea deep-water pipelines.

13. The Remediation System functions by pulling a vacuum on the pipeline. Drawing down the pipeline pressure causes the hydrate to "melt." Once the hydrate starts to melt, the plug will dislodge and begin to move forward which increases the dissolution rate of the hydrates.

14. Plaintiff filed U.S. Patent Application No. 12/978,448 on December 24, 2010, which issued as U.S. Patent No. 9,435,185 ("the '185 Patent") on September 6, 2016. The '185 Patent is titled, "SUBSEA TECHNIQUE FOR PROMOTING FLUID FLOW" and covers, *inter alia*, subsea hydrate remediation using a subsea separator. Plaintiff owns all right, title, and interest in the '185 Patent. A copy of the '185 Patent is attached hereto as Exhibit A.

### OCEANEERING'S DIRECT AND INDIRECT INFRINGEMENT OF WWCS' PATENT

15. Oceaneering has, and continues to, directly infringe at least Claims 4 and 9 of the '185 Patent, either literally or under the doctrine of equivalents. A representative claim of the '185 Patent is as follows:

> 4. A method for hydrate remediation and fluid recovery from a subsea location, the method comprising the steps of:
>
> providing a pump in fluid connection with a separator, wherein the pump and the separator are connected with a first fluid conduit and are located in a subsea environment;
>
> connecting the separator to a subsea fluid source using a pipeline conduit, wherein the subsea fluid source consists of a pipeline, a pipeline end termination, a producing well, a pipeline and a pipeline end termination, or a pipeline and a producing well, wherein the subsea fluid source contains a fluid comprising a blockage;
>
> actuating the pump to decrease pressure in at least the separator and the pipeline conduit to act on or remove the blockage in the fluid to result in flow or increased

flow of the fluid from the subsea fluid source through the pipeline conduit into the separator;

separating the fluid into a gas and a liquid with the separator; and

pumping the liquid with the pump through a second fluid conduit to a water surface.

16. Each and every limitation of at least claims 4 and 9 of the '185 Patent are present either literally or under the doctrine of equivalents in Oceaneering's method of using its Flowline Remediation System. In addition to the Flowline Remediation System separator, Oceaneering uses a Subsea Hydraulic Power Unit (SHPU) (which contains a pump system) to remove hydrates. The SHPU is depicted below.



17. The following chart identifies each limitation of Claims 4 and 9 of the '185 Patent in Oceaneering's use of its Flowline Remediation System.

| Claim 4 | Description |
|---|---|
| A method for hydrate remediation and fluid recovery from a subsea location, the method comprising the steps of: | Oceaneering documentation discloses a method for hydrate remediation and fluid recovery from a subsea location. *See, e.g.,* Exhibit B, Oceaneering Brochure ("Brochure") at p. 2-17.<br><br>Specifically, the Brochure discloses a method for hydrate remediation by depressurization of the pipeline. *See Id.* at p. 5 ("The Method," listing depressurization as included in the method).<br><br>In addition, a video showing Oceaneering's Flowline Remediation System separating gas from a liquid/gas mixture in a subsea environment can be found at https://www.oceaneering.com/flow-assurance/ (last viewed on March 8, 2018).<br><br>*See also* Exhibit C, Excerpt from Oceaneering's Catalog (below).<br><br>![Oceaneering Flowline Remediation System]<br><br>The Flowline Remediation System (FRS) allows for hydrate remediation of large volume flowlines on the seabed via mudmat based equipment. The system includes subsea separation capabilities and features an Emergency Quick Disconnect (EQD). A standalone Subsea Hydraulic Power Unit (SHPU) evacuates the flowline, which reduces the flowline pressure to below the hydrate formation pressure. The FRS is Multi-Service Vessel (MSV) deployed. |
| providing a pump in fluid connection with a separator, wherein the pump and the separator are connected with a first fluid conduit and are located in a subsea environment; | Oceaneering Brochure discloses a pump in fluid connection with a separator. *See* Exhibit B at p. 11. *See also* Exhibit E, 2014 OII Brochure at p. 12 (depicted below). |

| | |
|---|---|
| | <br><br>*See also* Exhibit D at p. 46 (below).<br><br> |
| connecting the separator to a subsea fluid source using a pipeline conduit, wherein the subsea fluid | Oceaneering Brochure discloses the step of connecting the separator to a fluid source with a pipeline end termination through a pipeline conduit. Exhibit B at p. 12. Specifically, the below Oceaneering schematic depicts the separator connected to a pipeline end termination (PLET). |

**PLAINTIFF'S ORIGINAL AMENDED COMPLAINT**

| | |
|---|---|
| source consists of a pipeline, a pipeline end termination, a producing well, a pipeline and a pipeline end termination, or a pipeline and a producing well, |  |
| wherein the subsea fluid source contains a fluid comprising a blockage; | The Brochure discusses remediating fluids containing a blockage of hydrates. *Id.* at p. 4. |
| actuating the pump to decrease pressure in at least the separator and the pipeline conduit to act on or remove the blockage in the fluid to result in flow or increased flow of the fluid from the subsea fluid source through the pipeline conduit into the separator; | Oceaneering Brochure discloses the step of actuating the pump to decrease pressure in the separator and in the pipeline to act on or remove the hydrate(s) to result in flow or increased flow of the fluid from the subsea pipeline. *Id.* at p. 14-15.<br><br>The Brochure discusses a hydrate remediation skid to reduce pressure in a subsea system and to remove hydrates. *Id.* at p. 4, 5, and 9. Specifically, the Brochure discloses a duplex pump as the method of depressurizing the separator and pipeline. *Id.*<br><br>*See also* Exhibit D at p. 13, slide titled, "P45/T41 Remediation Scope and Methodology" describing in general how Oceaneering's Flowline Remediation System was used on the project.<br><br>– GOAL: To clear restrictions in the P-45 & T-41 (hydrate/asphaltene) blockages. We will attempt to complete this by use of a single sided depressurization method. By reducing pressure on the manifold side of the suspected hydrate this should allow the pressure on the downstream side of the blockage to reduce to the point of allowing liberation of gasses contained within the hydrate.<br><br>– A subsea pump (SHPU) will be used in conjunction with a subsea separator (FRS) to **depressurize the flowlines** through an intervention connector assembly (ICA) installed on Slot 17 and installed backup ICA on Slot 18 of the DC41W manifold in an attempt **to remove the blockages.** |
| separating the fluid | Oceaneering Brochure discloses separating the fluid into a gas and a liquid |

| | |
|---|---|
| into a gas and a liquid with the separator; and | with the separator. *See* Exhibit B at p. 10-11. |
| pumping the liquid with the pump through a second fluid conduit to a water surface. | Oceaneering Brochure discloses pumping the liquid with the pump through a second fluid conduit to a water surface. *Id.* |

| Claim 9 | Description |
|---|---|
| A method for acting on or removing a blockage from a pipeline fluid in a subsea environment, the method comprising the steps of: | Oceaneering documentation discloses a method for acting on or removing a blockage from a pipeline in a subsea environment. *See, e.g.,* Exhibit B, Oceaneering Brochure ("Brochure") at p. 2-17.<br><br>Specifically, the Brochure discloses a method for hydrate remediation by depressurization of the pipeline. *See Id.* at p. 5. ("The Method," listing depressurization as included in the method).<br><br>In addition, a video showing Oceaneering's Flowline Remediation System separating gas from a liquid/gas mixture in a subsea environment can be found at https://www.oceaneering.com/flow-assurance/ (last viewed on March 8, 2018). |
| positioning a fluid pump and a separator in the subsea environment, wherein the fluid pump and the separator are connected by a first fluid conduit; | Oceaneering Brochure discloses a step for positioning a fluid pump and a separator in a subsea environment, wherein the fluid pump and the separator are connected by a first fluid conduit. *Id.* at p. 11. |
| connecting the separator to a pipeline comprising the pipeline fluid containing the blockage; | Oceaneering Brochure discloses connecting the separator to the pipeline containing the blockage. *Id.* at p. 4, 5, and 9. |
| actuating the fluid pump to decrease pressure in at least the separator and | Oceaneering Brochure discloses actuating the fluid pump to decrease pressure in at least the separator and the pipeline. *Id.*<br><br>The Brochure discusses a hydrate remediation skid to reduce pressure in a |

| | |
|---|---|
| the pipeline, thereby: | subsea system and to remove hydrates. *Id.* Specifically, the Brochure discloses a duplex pump as the method of depressurizing the separator and pipeline. *Id.*<br><br>*See also* Exhibit D at p. 83 (below).<br><br>**P-45 Remediation Pressure Cycle Values – Guideline**<br>• MeOh will be injected at each depressurization step unless either of the following is achieved:<br>  – MeOh Injection resulted in system pressure above 100 psi most recent depressurization Hold point, or<br>  – Total MeOH Injected into P-45 has reached 30 bbls net.<br><br>Table 10-1: P-45 Remediation Pressure Cycle Values - Guideline<br><br>| Cycle # | Action | Pressure (psi) |<br>|---|---|---|<br>| A | Initial Pressure | 2,000 |<br>| 1 | Depressure & Monitor U/S | 1,500 |<br>| | MeOH Injection | 1,600 or 30bbl |<br>| 2 | Depressure & Monitor U/S | 1,000 |<br>| | MeOH Injection | 1,100 or 30bbl |<br>| 3 | Depressure & Monitor U/S | 750 |<br>| | MeOH Injection | 850 or 30bbl |<br>| 4 | Depressure & Monitor U/S | 500 |<br>| | MeOH Injection | 600 or 30bbl |<br>| 5 | Depressure & Monitor U/S | 250 |<br>| | MeOH Injection | 350 or 30bbl |<br>| 6 | Depressure & Monitor U/S | Minimum |<br>| | MeOH Injection | 100-200 or 30bbl |<br><br>NOTE: The following step will be repeated, though may not be required pending success of the above cycles.<br><br>| Cont'd | Depressure & Monitor U/S | Minimum |<br>|---|---|---|<br>| | MeOH Injection | 100-200 or 30bbl |<br><br>NOTE: The pressures listed above are obtained from the downstream side (remediation side) of the restriction.<br>NOTE: A maximum of 30bbl (total throughout remediation efforts) will be injected into the P-45 flowline. |
| acting on or removing the blockage to result in flow or increased flow of the pipeline fluid; and | Oceaneering Brochure discloses acting on or removing the blockage to result in flow or increased flow of the pipeline fluid.<br><br>The Brochure discusses a hydrate remediation skid to reduce pressure in a subsea system and to remove hydrates. *See* Exhibit B at p. 4, 5, and 9. |
| communicating the pipeline fluid having the blockage acted on or removed through the separator to separate the pipeline fluid into liquid and gas; and | Oceaneering Brochure discloses communicating the pipeline fluid having the blockage acted on or removed through the separator to separate the pipeline fluid into liquid and gas. *Id.* at p. 4, 5, 9, and 11. |
| pumping the liquid with the fluid pump through a second conduit. | Oceaneering Brochure discloses pumping the liquid with the fluid pump through a second conduit. *Id.* at p. 4, 5, 9, and 11. |

18. The above claim chart is in no way limiting to the amount of materials available to show that each and every limitation of at least Claims 4 and 9 of the '185 Patent is present in Oceaneering's use of its Flowline Remediation System, either literally of under the doctrine of equivalents. Specifically, the above chart lacks any analysis or opinion on the material or information from an expert. Plaintiff reserves the right to utilize additional material and information, including expert opinions, in determining Plaintiff's final infringement contentions.

### RELATED CASE AND PENDING *INTER PARTES* REVIEW PETITION

19. Plaintiff originally filed a claim for infringement of the '185 Patent against Defendant in the U.S. District Court for the Eastern District of Louisiana – New Orleans Division, Civil Action No. 2:15-cv-1720 (Honorable Sarah Vance presiding). Defendant moved for summary judgment on the basis that it had not used its Flowline Remediation System since the issuance of the '185 Patent. The Court granted Defendant's motion, dismissing the '185 Patent without prejudice. After learning that Defendant admitted to subsequent use of its Flowline Remediation System, Plaintiff moved for reconsideration of the Court's dismissal of the '185 Patent, which was denied. The Court reasoned that the Order was correct at the time it was entered, and provided Plaintiff with the option of refiling its claim against Defendant. Plaintiff has chosen to refile its claim for patent infringement on the '185 Patent in Galveston, Texas because it has proper jurisdiction and is a proper venue because Defendant Oceaneering's corporate headquarters are located in this district and the vast majority of all necessary evidence and witnesses are in this district. The District Court in the Eastern District of Louisiana does not have subpoena power over the witnesses residing in this district – as this Court does.

20.     Furthermore, Plaintiff, WWCS, avers that conduct and actions on the part of Defendant, Oceaneering, which give rise to this complaint occurred and continue to occur within the Southern District of Texas.

21.     In addition, Defendant filed a Petition for *Inter Partes* Review with the United States Patent and Trademark Office ("USPTO") in an effort to have the USPTO review the validity of the '185 Patent. As of the time of filing this complaint the USPTO had not issued a ruling on whether it will review the '185 Patent. However, the deadline to issue such ruling is March 27, 2018. Plaintiff anticipates a decision prior to an answer from Defendant.

## Causes of Action

### COUNT I - PATENT INFRINGEMENT

22.     Plaintiff re-alleges, as if fully set forth herein, each allegation contained in the previous paragraphs.

23.     As specifically set forth in paragraphs 15-18 above, Oceaneering has, and continues to, directly infringe at least Claims 4 and 9 of the '185 Patent by making, using, selling, or offering for sale systems and methods covered by the claimed inventions of the '185 Patent. Oceaneering is performing and/or offering performance of the remediation method covered by one or more claims of the '185 Patent.

24.     In addition to, or alternatively, Oceaneering has, and continues to, indirectly infringe at least Claims 4 and 9 of the '185 Patent by inducing or contributing to the manufacture, use, sale, or offer for sale equipment for use with the claimed inventions of the '185 Patent by Oceaneering's customers or potential customers in Texas, Louisiana, or elsewhere in the United States, one or more of which have directly infringed the '185 Patent. Oceaneering's

customers purchased, operated, or sought for purchase or lease the Flowline Remediation System supplied or offered by Oceaneering to practice the claims of the '185 Patent.

25. Plaintiff reserves the right to assert each and every claim of the '185 Patent, including the dependent claims not specifically addressed in the above claim chart.

26. Oceaneering's infringing activities have been willful, and this is an exceptional case. As a result of the willful and deliberate nature of Oceaneering's infringing activities, Plaintiff is entitled to enhanced damages and is entitled to recover attorneys' fees and costs. 28 U.S.C. §§ 284-285.

27. Plaintiff has, and continues to mark its patented device pursuant to 35 U.S.C. §287.

## ATTORNEYS' FEES

28. Plaintiff re-alleges, as if fully set forth herein, each allegation contained in the previous paragraphs.

29. Plaintiff avers that it is entitled to and hereby requests an award of attorneys' fees pursuant to 35 U.S.C. § 285.

## JURY DEMAND

30. Pursuant to Fed. R. Civ. P. 38, Plaintiff demands a trial by jury of all issues in this action that are so triable.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Wright's Well Control Service, LLC respectfully requests that this Court enter judgment against Defendant Oceaneering International, Inc., granting Plaintiff the following relief:

a) a finding that the '185 Patent has been and continues to be infringed by Defendant;

b) a finding that Defendant's infringement of the '185 Patent has been and continues to be willful;

c) an award of actual damages, both past and future;

d) an award of treble damages due to Defendant's willful actions, pursuant to 35 U.S.C. § 284;

e) all pre-judgment and post-judgment interest and costs including, but not limited to, all experts fees, and deposition costs; and

f) all other relief, at law and equity, to which they may be entitled.

DATED:  March 8, 2018                          RESPECTFULLY SUBMITTED

                                               */S/  JOHN D. HOLMAN*
                                               Terry B. Joseph (**Attorney-in-Charge**)
                                               Texas Bar No. 11029500
                                               SDTX No.: 0011538
                                               Guy E. Matthews
                                               Texas Bar No. 13207000
                                               SDTX No.: 0004124
                                               John D. Holman
                                               Texas Bar No. 24082232
                                               SDTX No.: 1674929
                                               David M. Lodholz
                                               Texas Bar No. 24070158
                                               SDTX No.: 1055297
                                               **MATTHEWS, LAWSON, MCCUTCHEON, & JOSEPH, PLLC**
                                               2000 Bering Drive, Suite 700

Houston, Texas 77057<br>
TEL: (713) 355-4200<br>
FAX: (713) 355-9689<br>
gmatthews@matthewsfirm.com<br>
tjoseph@matthewsfirm.com<br>
jholman@matthewsfirm.com<br>
dlodholz@matthewsfirm.com

*OF COUNSEL*:

James Parkerson Roy (*pro hac vice* to be filed)
Elwood C. Stevens, Jr. (*pro hac vice* to be filed)
**DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
556 Jefferson Street, 5th Floor
Lafayette, LA 70501
Telephone: 337-233-3033
Facsimile: 337-232-8213
jimr@wrightroy.com
elwoods@wrightroy.com

and

Conrad S.P. Williams, III (*pro hac vice* to be filed)
**WILLIAMS LAW GROUP, LLC**
909 Poydras Street, Suite 1625
New Orleans, LA 70112
TEL: (985) 876-7595
FAX: (985) 876-7594
duke@williamslawgroup.org


*ATTORNEYS FOR PLAINTIFF*
*WRIGHT'S WELL CONTROL SERVICES, LLC*

**PLAINTIFF'S ORIGINAL AMENDED COMPLAINT**