UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| WRIGHT'S WELL CONTROL SERVICES, LLC, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-66 |
| § | |
| OCEANEERING INTERNATIONAL, INC., § § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The parties have filed a Joint Motion to Dismiss with Prejudice. That motion (Dkt. 22) is **GRANTED**. All claims asserted in this case are **DISMISSED WITH PREJUDICE**. This is a **FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 26th day of June, 2018.

_____
George C. Hanks Jr.
United States District Judge